# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 15, 2023

### NO. 03-23-00103-CV

**Appellant, Fredericksburg Remodeling Company, Inc.// Cross-Appellants, Patrick Fisher and Stephanie Fisher**

**v.**

**Appellees, Patrick Fisher and Stephanie Fisher// Cross-Appellee, Fredericksburg Remodeling Company, Inc.**

**APPEAL FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal and cross-appeal from the judgment signed by the trial court on January 30, 2023. Having reviewed the record, the Court holds that Appellant, Fredericksburg Remodeling Company, Inc.// Cross-Appellants, Patrick Fisher and Stephanie Fisher have not prosecuted their appeal and cross-appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal and cross-appeal for want of prosecution. Each party shall bear their own appellate costs.